UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-61143-WPD

RENZO BARBERI,

    Plaintiff,

vs.

MASQUERADE COSTUMES INC., a Florida Profit Corporation, LEONARD B. RAPP and INDEE L. RAPP, Individuals

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RENZO BARBERI, and Defendants, MASQUERADE COSTUMES INC., LEONARD B. RAPP and INDEE L. RAPP (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the parties' Settlement Agreement. All parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: <u>Ronald E. Stern</u>
Ronald E. Stern, Esq.
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff

By:  <u>Peter J. Solnick</u>
Peter J. Solnick, Esq.
Florida Bar No.: 670006
SOLNICK LAW, P.A.
17501 Biscayne Blvd., Suite 420
Aventura, FL 33160
Phone: (786) 629-6530
Email: pete@solnicklaw.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-61143-WPD

RENZO BARBERI,

      Plaintiff,

vs.

MASQUERADE COSTUMES INC., a Florida Profit Corporation, LEONARD B. RAPP and INDEE L. RAPP, Individuals

      Defendant.

_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 16, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By: *Ronald E. Stern*
      Ronald E. Stern, Esq.
      Florida Bar No. 10089
      THE ADVOCACY LAW FIRM, P.A.
      1250 E. Hallandale Beach Blvd.
      Suite 503
      Hallandale Beach, Florida 33009
      Telephone:  (954) 639-7016
      Facsimile:  (954) 639-7198
      Attorney for Plaintiff, RENZO BARBERI